UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JULIUS RANDALL, | ) No. 5:18-cv-02160-SK |
| Plaintiff, | ) [PROPOSED] JUDGMENT OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: July 23, 2019

_____
HON. STEVE KIM
United States Magistrate Judge

-1-